UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN,<br><br>       Plaintiff,<br><br>    v.<br><br>FRITZ L. BAILEY, DBA<br>YOSEMITE/MARIPOSA KOA, AND<br>REBECCA D. BAILEY, DBA<br>YOSEMITE/MARIPOSA KOA,<br><br>       Defendants. | 1:09-CV-01336 OWW SMS<br><br>**ORDER DISMISSING ACTION** |

     Pursuant to the notice of voluntary dismissal filed pursuant to FRCvP 41,

     IT IS HEREBY ORDERED that this matter is dismissed with prejudice.

IT IS SO ORDERED.

**Dated:   October 14, 2009**                /s/ Oliver W. Wanger
                                                  UNITED STATES DISTRICT JUDGE